UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
(HONORABLE EDWARD J. LODGE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR-06-173-N-EJL |
| | ) | |
| vs. | ) | ORDER ON MOTION TO CONTINUE |
| | ) | TRIAL |
| PAUL DRIGGERS, | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the Court in the above entitled matter is Defendant's Second Motion to Continue Trial. Defendant's Counsel indicates that discovery is ongoing and that investigation on the case continues. Accordingly, additional time is necessary for counsel to prepare the case for trial.

The Court has reviewed the record in this case and finds that good cause exists to grant the continuance. In light of the representations made by counsel and the pending motion in this case, the Court finds that Mr. Driggers will not be prepared for trial on November 28, 2006. Failure to grant a continuance under these circumstances would result in a miscarriage of justice. The ends of justice would best be served by the granting of the motion for continuance. The ends of justice outweigh the best interests of the public having the matter brought to trial sooner. 18 U.S.C. §3161(h)(8)(B)(iv). For these reasons, the Court finds the Motion for Continuance (Dkt. No. 24) should be **GRANTED**. The **trial** set for November 28, 2006, at 9:30 am is **VACATED** and is **RESET** to Tuesday, January 9, 2007 at 9:30 a.m. in Couer d'Alene, Idaho.

Any and all period of delay resulting from the granting of this continuance, from the date of

1 Defendant's motion until the date of the rescheduled trial, shall be excludable time pursuant to 18
2 U.S.C. §3161 (h)(7) and §(h)(8), considering the relevant factors under subsection (B) of that
3 provision.

DATED: **November 3, 2006**

Honorable Edward J. Lodge
U. S. District Judge

ORDER ON MOTION TO CONTINUE
TRIAL                                 2